UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:15-MJ-01123-3 |
| | § | |
| FLOR ALEJANDRA VALLES-HERNANDEZ | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)  There is a serious risk that the defendant will not appear; and

(2)  There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant was released on bond for a DWI offense at the time of the commission of the instant offense. The condition of any bond, at least implicitly, is that the person released be law abiding while pending the resolution of the offense. The commission of the instant offense while released on bond causes the undersigned to believe the defendant is a poor candidate for bond. Further, the defendant has significant ties to Mexico and currently does not have a person willing to serve as a co-surety or third-party custodian.

The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 3rd day of September, 2015.

_____
Jason B. Libby
United States Magistrate Judge